UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use **only** in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff**(s): Michelle Wheeldon

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

**Defendant**(s): Drivetime Automotive Group, Inc.

County of Residence: Outside the State of Arizona

Plaintiff's Atty(s):

**Manuel Santiago Hiraldo (**Michelle Wheeldon **)**
Hiraldo P.A.
401 E. Las Olas Blvd., Ste. 1400
Fort Lauderdale, Florida  33316
954-400-4713

**Ignacio J Hiraldo (**Michelle Wheeldon **)**
IJH Law
1200 Brickell Ave.
Suite 1950, Florida  33131
786-496-4463

Defendant's Atty(s):

---

II. Basis of Jurisdiction:           1. U.S. Government Plaintiff

III. Citizenship of Principal Parties **(Diversity Cases Only)**

  Plaintiff:- **N/A**
  Defendant:- **N/A**

IV. Origin :           **1. Original Proceeding**

V. Nature of Suit:           **890 Other Statutory Actions**

VI. Cause of Action:           **Telephone Consumer Protection Act 47 U.S.C. § 227**

VII. Requested in Complaint
  Class Action: **Yes**
  Dollar Demand:

Jury Demand: **Yes**

VIII. This case **is not related** to another case.

**Signature:** /s/ Manuel S. Hiraldo

**Date:** 5/17/2022

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**