IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michelle Wheeldon,<br><br>    Plaintiff,<br><br>v.<br><br>DriveTime Automotive Group Incorporated,<br><br>    Defendant. | No. CV-22-00852-PHX-GMS<br><br>**ORDER** |

Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice (Doc. 32).

**IT IS ORDERED** granting the parties' Joint Stipulation (Doc. 32).

**IT IS FURTHER ORDERED** that this action, inclusive of all claims asserted, or that could have been asserted, by Plaintiff individually against Defendant, be, and the same are, dismissed in their entirety with prejudice with each party bearing their own fees and costs. All claims of the putative class are hereby dismissed without prejudice. The Clerk is directed to terminate this case.

Dated this 20th day of July, 2023.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge